# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24634-CIV-SMITH

BENJAMIN SCUTELLARO, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

SEASONAL YARD WORK, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice [DE 6]. Accordingly, it is

    ORDERED that:

1. This matter is **DISMISSED with prejudice** as to Benjamin Scutellaro and **DISMISSED without prejudice** as to any unnamed member of the alleged class.

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of January, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record